AUGUST 24, 1942

No. 47475.——Protest 35653–K of Goggi Bros., Inc. C. D. 643. Government's application for rehearing granted.

AUGUST 25, 1942

No. 47476.—SUIT 4253. 
—H. L. Gwalter & Co., Inc., et al. v. United States. C. D. 116 reversed. C. A. D. 212.

BEFORE THE FIRST DIVISION, AUGUST 26, 1942

No. 47477.—Protests 957908–G, etc., of Young's Market Co. (Los Angeles).

Opinion by OLIVER, P. J. The merchandise herein consisted of certain glass containers used for the holding and transportation of whisky. They were entered under a special permit requiring no indicia to be blown into the containers, the bottles being of equal value to the whisky contained therein. In view of the stipulation of fact filed herein it was held that they are properly dutiable as claimed at 20 percent under paragraph 218 (f) and the associated paragraph 810.

No. 47478.—Protest 75378–K/90694 of American Machine & Metals, Inc. (Chicago).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the hardness-testing machines and parts therefor are the same in all material respects as those the subject of United States v. American Machine & Metals, Inc. (29 C. C. P. A. 137, C. A. D. 183) the claim at 20 percent under paragraph 353 and T. D. 48093 was sustained.

No. 47479.—Protest 784518–G of May Co. (Cleveland).

Opinion by OLIVER, P. J. At the trial it was agreed between counsel that the atomizers in question are similar in all material respects to those the subject of Abstract 44140. In accordance therewith they were held dutiable at 60 percent under paragraph 218 (f), plus ¾ of 1 cent per pound on the copper contained therein under section 601 (c) (7), Revenue Act of 1932.